AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>FRANCISO MONTEIRO<br>JUNIOR LOPES<br><br>*Defendant(s)* | )<br>)<br>) Case No. 13 mJ 7076 JCB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __in or about February 2013 to present__ in the county of __Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiarcy to distribute heroin -- from a time unknown, but from at least in or about February 2013, at New Bedford, and elsewhere in the District of Massachusetts, defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown, to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846. |

This criminal complaint is based on these facts:

See attached affidavit

✓ Continued on the attached sheet.

*Complainant's signature*

Special Agent DEA, Carl J. Rideout
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/28/2013

*Judge's signature*

City and state: Boston, Massachusetts       Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*