UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 13-10111-DJC |
| ) | |
| 1.   FRANCISCO MONTEIRO, ) | |
|       Defendant ) | |

MOTION TO EXTEND THE TIME FOR FILING RESPONSE TO TODAY'S DATE

Now comes the United States, through undersigned counsel, and respectfully requests that this Court extend the deadline for filing a response to the defendant's motion under 28 U.S.C. § 2255 until today's date. The government's petition was filed today. Undersigned counsel is currently assigned to Joint Task Force Vulcan, a detail based at the Department of Justice's headquarters in Washington D.C. tasked with identifying and prosecuting leaders of La Mara Salvatrucha (MS-13). That assignment, combined with the ongoing challenges posed by the COVID-19 pandemic, contributed to the delay in responding to the defendant's petition. Counsel for the defendant had previously assented to the government's requests for additional time until the defendant's pro se filing earlier this week. The government apologizes for the delay and requests that the Court extend the deadline to file until today's date.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   /s/ Christopher Pohl
      Christopher Pohl
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 6, 2020.

    /s/ Christopher Pohl
    Christopher Pohl
    Assistant U.S. Attorney